**REDACTED**



FILED
CLERK, U.S. DISTRICT COURT
03/28/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kss___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 21-246-PA       Date: 3/28/2022

Title: U.S.A. v. ROBERT BENLEVI       Time: 12:24pm

JURY NOTE NUMBER __1__

__✓__    THE JURY HAS REACHED A UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____
_____

DATE: March 28, 2022       SIGNED: **REDACTED**