UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BENLEVI,<br>  aka "Robert Levi,"<br><br>Defendant. | No. CR 21-246 PA<br><br>VERDICT FORM<br><br>**REDACTED** |

We, the jury in the above-captioned case, unanimously find defendant ROBERT BENLEVI as follows:

As to Count One (Bank Fraud):

    __✓__ GUILTY

    _____ NOT GUILTY

As to Count Two (Bank Fraud):

    __✓__ GUILTY

    _____ NOT GUILTY

As to Count Three (Bank Fraud):

    __✓__ GUILTY

    _____ NOT GUILTY

As to Count Four (Bank Fraud):

    __✓__ GUILTY

    _____ NOT GUILTY

As to Count Five (Bank Fraud):

    __✓__ GUILTY

    _____ NOT GUILTY

As to Count Six (Bank Fraud):

    __✓__ GUILTY

    _____ NOT GUILTY

As to Count Seven (False Statements to a Financial Institution):

    ✓     GUILTY

_____ NOT GUILTY

As to Count Eight (False Statements to a Financial Institution):

    ✓     GUILTY

_____ NOT GUILTY

As to Count Nine (False Statements to a Financial Institution):

    ✓     GUILTY

_____ NOT GUILTY

As to Count Ten (False Statements to a Financial Institution):

    ✓     GUILTY

_____ NOT GUILTY

As to Count Eleven (False Statements to a Financial Institution):

    ✓     GUILTY

_____ NOT GUILTY

As to Count Twelve (False Statements to a Financial Institution):

    ✓     GUILTY

_____ NOT GUILTY

As to Count Thirteen (Monetary Transactions in Criminally Derived Property over $10,000):

    ✓     GUILTY

_____ NOT GUILTY

As to Count Fourteen (Monetary Transactions in Criminally Derived Property over $10,000):

    __✓__ GUILTY

    _____ NOT GUILTY

As to Count Fifteen (Monetary Transactions in Criminally Derived Property over $10,000):

    __✓__ GUILTY

    _____ NOT GUILTY

As to Count Sixteen (Monetary Transactions in Criminally Derived Property over $10,000):

    __✓__ GUILTY

    _____ NOT GUILTY

The foreperson should now sign and date this Verdict Form.

DATED: __March 28__, 2022

**REDACTED**

-3-