FILED
CLERK, U.S. DISTRICT COURT
03/28/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kss___ DEPUTY

# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 21-246 PA | | Title | United States of America v. Robert Benlevi |
|---|---|---|---|---|
| **Judge** | PERCY ANDERSON, U.S. DISTRICT COURT JUDGE | | | |
| **Dates of Trial or Hearing** | 3/24/2022; 3/25/2022/ 3/28/2022 | | | |
| **Court Reporters or Tape No.** | Marea Woolrich; Amy Diaz | | | |
| **Deputy Clerks** | Kamilla Sali-Suleyman | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Emily Culbertson, AUSA | Michael Parente, DFPD |
| Justin Givens, AUSA | Adithya Mani, DFPD |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | 1022 | 3/25/22 | | Stipulation RE: Pharmacy License Revocation | Plaintiff |
| | | | 1023 | 3/25/22 | | Stipulation IP Address Testimony | Plaintiff |

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
EMILY Z. CULBERTSON (SBA No. 282560)
JUSTIN P. GIVENS (SBA No. 289264)
Trial Attorneys
United States Department of Justice
Fraud Section, Criminal Division
Telephone: (202) 230-0673 (Culbertson); (202) 880-2234 (Givens)
E-mail: emily.culbertson@usdoj.gov; justin.givens@usdoj.gov
300 N. Los Angeles St., Suite 2001
Los Angeles, California 90012

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT BENLEVI,<br>　　　aka "Robert Levi,"<br><br>　　　　Defendant. | No. CR 21-CR-00246-PA<br><br>GOVERNMENT'S WITNESS LIST<br><br>Trial Date:　03/24/2022<br>Trial Time:　8:30 a.m.<br>Courtroom:　　9A |

1

Plaintiff United States of America, by and through its counsel of record, the Fraud Section of the United States Department of Justice and Trial Attorneys Emily Culbertson and Justin Givens, hereby submits the attached Government's Witness List.

The government reserves the right to modify this list as necessary both before and during trial.

Date: March 24, 2022          Respectfully submitted,

                              TRACY L. WILKISON
                              United States Attorney

                              SCOTT M. GARRINGER
                              Assistant United States Attorney
                              Chief, Criminal Division


                                    /s/
                              _____
                              EMILY Z. CULBERTSON
                              JUSTIN P. GIVENS
                              Trial Attorneys

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA

**I.    Government's Witness List**

| No. | Witness              |             |
|-----|----------------------|-------------|
| 1.  | Gil Hopenstand       | 3/25/2022   |
| 2.  | Erin Bourassa        | 3/25/2022   |
| 3.  | Renee McClain        | 3/25/2022   |
| 4.  | Chris Yuasa          | 3/25/2022   |
| 5.  | Sonny Pilanthnakorn  | 3/25/2022   |
| 6.  | Carrie Kokenis       | 3/25/2022   |
| 7.  | Young Oh             | 3/25/2022   |
| 8.  | Anik Drmandjian      |             |
| 9.  | Stephen Friedman     |             |

```
 1  3/TRACY L. WILKISON
    United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division

 4  JOSEPH S. BEEMSTERBOER
    Acting Chief, Fraud Section
 5  EMILY Z. CULBERTSON (SBA No. 282560)
    JUSTIN P. GIVENS (SBA No. 289264)
 6  Trial Attorneys
    United States Department of Justice
 7  Fraud Section, Criminal Division
    Telephone: (202) 230-0673 (Culbertson); (202) 880-2234 (Givens)
 8  E-mail: emily.culbertson@usdoj.gov; justin.givens@usdoj.gov
    300 N. Los Angeles St., Suite 2001
 9  Los Angeles, California 90012

10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
                     UNITED STATES DISTRICT COURT
12
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
    UNITED STATES OF AMERICA,          No. CR 21-CR-00246-PA
14
              Plaintiff,               GOVERNMENT'S PRELIMINARY EXHIBIT
15                                     LIST
              v.
16                                     Trial Date:   03/24/2022
    ROBERT BENLEVI,                    Trial Time:   8:30 a.m.
17       aka "Robert Levi,"            Courtroom:    9A

18            Defendant.
```

1

Plaintiff United States of America, by and through its counsel of record, the Fraud Section of the United States Department of Justice and Trial Attorneys Emily Culbertson and Justin Givens, hereby submits the attached Government's Preliminary Exhibit List.

The government reserves the right to modify this list as necessary both before and during trial.

```
Date: March 24, 2022              Respectfully submitted,

                                  TRACY L. WILKISON
                                  United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                      /s/
                                  EMILY Z. CULBERTSON
                                  JUSTIN P. GIVENS
                                  Trial Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA
```

| Exhibit # | Exhibit Description | Identified | Admitted at Trial |
|---|---|---|---|
| 101 | CA Secretary of State Ultra+ Health | 3/25/2022 | 3/25/2022 |
| 102 | CA Secretary of State 4Health Wonders | 3/25/2022 | 3/25/2022 |
| 103 | CA Secretary of State Joyous Health | 3/25/2022 | 3/25/2022 |
| 104 | CA Secretary of State 1Stellar | 3/25/2022 | 3/25/2022 |
| 105 | CA Secretary of State Bestways2 Health | 3/25/2022 | 3/25/2022 |
| 106 | CA Secretary of State 4Stars Collection | 3/25/2022 | 3/25/2022 |
| 107 | CA Secretary of State 2G8 Health | 3/25/2022 | 3/25/2022 |
| 108 | CA Secretary of State Topstars Health | 3/25/2022 | 3/25/2022 |
| 201 | BOA 1Stellar Health Application | 3/25/2022 | 3/25/2022 |
| 202 | BOA 4Health Wonders Application | 3/25/2022 | 3/25/2022 |
| 203 | BOA 4Stars Collection Application | 3/25/2022 | 3/25/2022 |
| 204 | BOA Bestways2 Health Application | 3/25/2022 | 3/25/2022 |
| 205 | BOA Joyous Health4U Application | 3/25/2022 | 3/25/2022 |
| 206 | BOA Ultra+ Health Application | 3/25/2022 | 3/25/2022 |
| 207 | WFB 1Stellar Application | 3/25/2022 | 3/25/2022 |
| 208 | WFB 2GR8 Health Application | 3/25/2022 | 3/25/2022 |
| 209 | WFB 4Health Wonders Application | 3/25/2022 | 3/25/2022 |
| 210 | WFB 4Stars Collection Application | 3/25/2022 | 3/25/2022 |
| 211 | WFB Bestways2 Health Application | 3/25/2022 | 3/25/2022 |
| 212 | WFB JoyousHealth4U Application | 3/25/2022 | 3/25/2022 |
| 213 | WFB Topstars Health Application | 3/25/2022 | 3/25/2022 |
| 214 | WFB Ultra+ Health Application | 3/25/2022 | 3/25/2022 |
| 215 | USB 1Stellar Health Application | 3/25/2022 | 3/25/2022 |
| 216 | USB 2GR8 Health Application | 3/25/2022 | 3/25/2022 |
| 217 | USB 4Health Wonders Application | 3/25/2022 | 3/25/2022 |
| 218 | USB 4Stars Collection Application | 3/25/2022 | 3/25/2022 |
| 219 | USB Bestways2 Health Application | 3/25/2022 | 3/25/2022 |
| 220 | USB Joyous Health4U Application | 3/25/2022 | 3/25/2022 |
| 221 | USB Topstars Health Application | 3/25/2022 | 3/25/2022 |
| 222 | USB Application Data - All Companies | 3/25/2022 | 3/25/2022 |
| 223 | Paypal/WebBank 1Stellar Health Application | 3/25/2022 | 3/25/2022 |
| 224 | Paypal/WebBank 2GR8 Health Application | 3/25/2022 | 3/25/2022 |
| 225 | Paypal/WebBank 4Health Wonders Application | 3/25/2022 | 3/25/2022 |
| 226 | Paypal/WebBank Bestways2 Health Application | 3/25/2022 | 3/25/2022 |
| 227 | Paypal/WebBank Topstars Health Application | 3/25/2022 | 3/25/2022 |
| 228 | Paypal/WebBank Ultra+ Health Application | 3/25/2022 | 3/25/2022 |
| 301 | Charter Communications Subpoena Response | 3/25/2022 | 3/25/2022 |
| 302 | EDD Records | 3/25/2022 | 3/25/2022 |
| 303 | Mailbox1 - 1Stellar Health | 3/25/2022 | 3/25/2022 |
| 304 | Mailbox1 - 4Health Wonders | 3/25/2022 | 3/25/2022 |

| Exhibit # | Exhibit Description | Identified | Admitted at Trial |
|---|---|---|---|
| 305 | Mailbox1 - Joyous Health | 3/25/2022 | 3/25/2022 |
| 306 | Mailbox1 - Bestways2 Health | 3/25/2022 | 3/25/2022 |
| 307 | Mailbox1 - Ultra+ Health | 3/25/2022 | 3/25/2022 |
| 308 | Lease Agreement - Encino Apartment | 3/25/2022 | 3/25/2022 |
| 309 | Lease Agreement - Santa Monica Apartment | 3/25/2022 | 3/25/2022 |
| 309A | Check from Lease Agreement - Santa Monica Apartment | | |
| 310 | Benlevi Driver's License | | |
| 401 | Room B Left Wall(_TAK0020) | 3/25/2022 | 3/25/2022 |
| 405 | Room B  Wall by Bed(_TAK0024) | 3/25/2022 | 3/25/2022 |
| 406 | Room B Bed and Walll(_TAK0025) | 3/25/2022 | 3/25/2022 |
| 407 | Room B Bed and Door(_TAK0026) | 3/25/2022 | 3/25/2022 |
| 408 | Room B Helmet(_TAK0027) | 3/25/2022 | 3/25/2022 |
| 409 | Room B 1 box of cash(_TAK0028) | 3/25/2022 | 3/25/2022 |
| 410 | Room B 1 box of cash(_TAK0029) | 3/25/2022 | 3/25/2022 |
| 414 | Room B Reusable Bag with Cash(_TAK0034) | 3/25/2022 | 3/25/2022 |
| 415 | Room B Reusable Bag with Cash(_TAK0035) | 3/25/2022 | 3/25/2022 |
| 501 | Red Spiral Notebook (physical evidence) | 3/25/2022 | 3/25/2022 |
| 501A | Handwritten Narrative | 3/25/2022 | 3/25/2022 |
| 502 | Red Spiral Notebook (Wells + Loan Builder) (physical evidence) | 3/25/2022 | 3/25/2022 |
| 502A | Handwritten Notes | 3/25/2022 | 3/25/2022 |
| 506 | IRS Forms 4Health Wonders | 3/25/2022 | 3/25/2022 |
| 508 | IRS Forms Ultra+ Health | 3/25/2022 | 3/25/2022 |
| 510 | Red Spiral Notebook (physical evidence) | 3/25/2022 | 3/25/2022 |
| 510A | Handwritten Notes | 3/25/2022 | 3/25/2022 |
| 512 | Diagram of Apt | 3/25/2022 | 3/25/2022 |
| 513 | Bike Helmet – (physical evidence) | 3/25/2022 | 3/25/2022 |
| 551 | 1B6 5005 | 3/25/2022 | 3/25/2022 |
| 556 | 1B8 IMG_3015 | 3/25/2022 | 3/25/2022 |
| 601 | Loan Applications Summary | 3/25/2022 | 3/25/2022 |
| 602 | BOA Applications Detail | 3/25/2022 | 3/25/2022 |
| 603 | WF Applications Detail | 3/25/2022 | 3/25/2022 |
| 604 | USB Applications Detail | 3/25/2022 | 3/25/2022 |
| 605 | WB Applications Detail | 3/25/2022 | 3/25/2022 |
| 606 | Bank Flow of Funds | 3/25/2022 | 3/25/2022 |
| 607 | ML Counts Detail | 3/25/2022 | 3/25/2022 |
| 608 | Shores Transaction | 3/25/2022 | 3/25/2022 |
| 609 | Bank Statements Summary | 3/25/2022 | 3/25/2022 |
| 801 | GF_1Stellar Health_2020 | 3/25/2022 | 3/25/2022 |
| 805 | GF_4 Stars Collection_2020 | 3/25/2022 | 3/25/2022 |
| 807 | GF_4Health Wonders_2020 | 3/25/2022 | 3/25/2022 |
| 811 | GF_Bestways2 Health_2020 | 3/25/2022 | 3/25/2022 |
| 813 | GF_Joyous Health 4U_2020 | 3/25/2022 | 3/25/2022 |
| 815 | GF_Topstars Health_2020 | 3/25/2022 | 3/25/2022 |

| Exhibit # | Exhibit Description | Identified | Admitted at Trial |
|---|---|---|---|
| 817 | GF_Ultra+ Health_2020 | 3/25/2022 | 3/25/2022 |
| 818 | IRS_1Stellar Health_2019_1120-S | 3/25/2022 | 3/25/2022 |
| 819 | IRS_1Stellar Health_2019_Cert of Lack of Record | 3/25/2022 | 3/25/2022 |
| 820 | IRS_2GR8 Health_2019_1120-S | 3/25/2022 | 3/25/2022 |
| 821 | IRS_2GR8 Health_2019_Cert of Lack of Record | 3/25/2022 | 3/25/2022 |
| 822 | IRS_4 Stars Collection_2019_1120-S | 3/25/2022 | 3/25/2022 |
| 823 | IRS_4 Stars Collection_2019_Cert of Lack of Record | 3/25/2022 | 3/25/2022 |
| 824 | IRS_4Health Wonders_2019_1120-S | 3/25/2022 | 3/25/2022 |
| 825 | IRS_4Health Wonders_2019_Cert of Lack of Record | 3/25/2022 | 3/25/2022 |
| 826 | IRS_Bestways2 Health_2019_1120-S | 3/25/2022 | 3/25/2022 |
| 827 | IRS_Bestways2 Health_2019_Cert of Lack of Record | 3/25/2022 | 3/25/2022 |
| 828 | IRS_Joyous-Health 4U_2019_1120-S | 3/25/2022 | 3/25/2022 |
| 829 | IRS_Joyous-Health 4U_2019_Cert of Lack of Record | 3/25/2022 | 3/25/2022 |
| 831 | IRS_Topstars Health_2019_1120-S | 3/25/2022 | 3/25/2022 |
| 832 | IRS_Topstars Health_2019_Cert of Lack of Record | 3/25/2022 | 3/25/2022 |
| 833 | IRS_Ultra+ Health (Ultra Health)_2019_1120-S | 3/25/2022 | 3/25/2022 |
| 834 | IRS_Ultra+ Health_2019_Cert of Lack of Record | 3/25/2022 | 3/25/2022 |
| 901 | American Express Loan Account 6-71004 | 3/25/2022 | 3/25/2022 |
| 902 | BOA - IP Address 1Stellar | 3/25/2022 | 3/25/2022 |
| 902A | BOA - IP Address 1Stellar | | |
| 903 | BOA - IP Address 4Stars Collection | 3/25/2022 | 3/25/2022 |
| 903A | BOA - IP Address 4Stars Collection | | |
| 904 | BOA - IP Address 4Health Wonders | 3/25/2022 | 3/25/2022 |
| 904A | BOA - IP Address 4Health Wonders | | |
| 905 | BOA - IP Address Bestways2 Health | 3/25/2022 | 3/25/2022 |
| 905A | BOA - IP Address Bestways2 Health | | |
| 906 | BOA - IP Address Joyous Health | 3/25/2022 | 3/25/2022 |
| 906A | BOA - IP Address Joyous Health | | |
| 907 | BOA Account x5261_4Stars Collection | 3/25/2022 | 3/25/2022 |
| 908 | BOA Account x9361_4Health Wonders | 3/25/2022 | 3/25/2022 |
| 909 | BOA Account x7806_4Health Wonders | 3/25/2022 | 3/25/2022 |
| 910 | BOA Account x6957_Ultra+ Health | 3/25/2022 | 3/25/2022 |
| 911 | BOA Account x7875_Joyous Health4U | 3/25/2022 | 3/25/2022 |
| 912 | BOA Account x1631_Bestways2 Health | 3/25/2022 | 3/25/2022 |
| 913 | BOA Account x5813_Joyous Health4U | 3/25/2022 | 3/25/2022 |
| 914 | BOA Account x8564_Ultra+ Health | 3/25/2022 | 3/25/2022 |
| 915 | BOA Account x2038_1Stellar Health | 3/25/2022 | 3/25/2022 |
| 916 | BOA Account x2041_Topstars Health | 3/25/2022 | 3/25/2022 |

| Exhibit # | Exhibit Description | Identified | Admitted at Trial |
|---|---|---|---|
| 917 | BOA Account x2054_2GR8 Health | 3/25/2022 | 3/25/2022 |
| 918 | BOA Account x9982_Bestways2 Health | 3/25/2022 | 3/25/2022 |
| 919 | BOA Account x2885_Topstars Health | 3/25/2022 | 3/25/2022 |
| 920 | BOA Account x5989_2GR8 Health | 3/25/2022 | 3/25/2022 |
| 921 | BOA Account x7725_1Stellar Health | 3/25/2022 | 3/25/2022 |
| 922 | BOA Account x1717 | 3/25/2022 | 3/25/2022 |
| 922A | BOA Account x1717 | | |
| 922B | BOA Account x1717 | | |
| 922C | BOA Account x1717 | | |
| 922D | BOA Account x1717 | | |
| 923 | BOW Account x2445 | 3/25/2022 | 3/25/2022 |
| 923A | BOW Account x2445 | | |
| 924 | BOW Account x0976 | 3/25/2022 | 3/25/2022 |
| 925 | BOW Statements Accounts x0976, x2445 | 3/25/2022 | 3/25/2022 |
| 928 | Citibank Account x8333 & x8341 | 3/25/2022 | 3/25/2022 |
| 928A | Citibank Account x8333 & x8341 | | |
| 929 | Citibank Statements x8333 & x8341 | 3/25/2022 | 3/25/2022 |
| 933 | Citibank_TELLER_5.29.20 | 3/25/2022 | 3/25/2022 |
| 934 | Citibank_TELLER_6.8.20 | 3/25/2022 | 3/25/2022 |
| 935 | Citibank_TELLER_7.13.20 | 3/25/2022 | 3/25/2022 |
| 936 | HSBC Account #9042_Bestways2 Health | 3/25/2022 | 3/25/2022 |
| 937 | HSBC Account #1672_Robert Benlevi | 3/25/2022 | 3/25/2022 |
| 938 | HSBC Account #0184_Robert Benlevi | 3/25/2022 | 3/25/2022 |
| 939 | HSBC Account Opening Docs | 3/25/2022 | 3/25/2022 |
| 940 | Paypal Account x3319 | 3/25/2022 | 3/25/2022 |
| 941 | Paypal ActivityLog-x3319 | 3/25/2022 | 3/25/2022 |
| 942 | Paypal SBA PPP Loan Application Flow | 3/25/2022 | 3/25/2022 |
| 943 | Paypal TransactionLog- x3319 | 3/25/2022 | 3/25/2022 |
| 944 | Paypal_1Stellar Health Bank Record Info_1.28.20 | 3/25/2022 | 3/25/2022 |
| 945 | Paypal_1Stellar Health Bank Record Info_7.19.19 | 3/25/2022 | 3/25/2022 |
| 946 | Paypal_4Stars Collection Bank Record Info_2.14.19 | 3/25/2022 | 3/25/2022 |
| 947 | Paypal_4Stars Collection Bank Record Info_9.6.19 | 3/25/2022 | 3/25/2022 |
| 948 | Silicon Valley Account x7353 ACH Report | 3/25/2022 | 3/25/2022 |
| 949 | Union Bank Account x8202_4Stars Collection | 3/25/2022 | 3/25/2022 |
| 950 | Union Bank Account x6929_4Stars Collection | 3/25/2022 | 3/25/2022 |
| 951 | Union Bank Account x2913_Robert Benlevi | 3/25/2022 | 3/25/2022 |
| 952 | Union Bank Combined SIG CARD x8202 & x6929 | 3/25/2022 | 3/25/2022 |
| 953 | Union Bank Depositer Agreements - Accounts 6929, 8202 | 3/25/2022 | 3/25/2022 |
| 954 | US Bank Account x2987 | 3/25/2022 | 3/25/2022 |

| Exhibit # | Exhibit Description | Identified | Admitted at Trial |
|---|---|---|---|
| 955 | US Bank Account x32995 | 3/25/2022 | 3/25/2022 |
| 956 | US Bank Account x1104 | 3/25/2022 | 3/25/2022 |
| 957 | US Bank Account x1104.xlsx | 3/25/2022 | 3/25/2022 |
| 958 | US Bank Account x2953 | 3/25/2022 | 3/25/2022 |
| 959 | US Bank Account x2961 | 3/25/2022 | 3/25/2022 |
| 960 | US Bank Account x2979 | 3/25/2022 | 3/25/2022 |
| 961 | US Bank Account x2987 | 3/25/2022 | 3/25/2022 |
| 962 | US Bank Account x42995, 2GR8 Health | 3/25/2022 | 3/25/2022 |
| 963 | US Bank Account x9441 | 3/25/2022 | 3/25/2022 |
| 964 | US Bank Account x8995 | 3/25/2022 | 3/25/2022 |
| 965 | US Bank Account x6652 | 3/25/2022 | 3/25/2022 |
| 966 | US Bank Account x4205 | 3/25/2022 | 3/25/2022 |
| 967 | US Bank Account x2450 | 3/25/2022 | 3/25/2022 |
| 968 | US Bank Account x1188 | 3/25/2022 | 3/25/2022 |
| 969 | US Bank USB01120-01-0000007.xlsx | 3/25/2022 | 3/25/2022 |
| 970 | US Bank USB01120-01-0000080.xlsx | 3/25/2022 | 3/25/2022 |
| 973 | Webbank 1Stellar Health_1.2.20 | 3/25/2022 | 3/25/2022 |
| 974 | Webbank 1Stellar Health_1.28.20 | 3/25/2022 | 3/25/2022 |
| 975 | Webbank 1Stellar Health_5.21.20 | 3/25/2022 | 3/25/2022 |
| 976 | Webbank 1Stellar Health_7.19.19 | 3/25/2022 | 3/25/2022 |
| 977 | Webbank 1Stellar Health_Misc | 3/25/2022 | 3/25/2022 |
| 978 | Webbank 2GR8 Health | 3/25/2022 | 3/25/2022 |
| 979 | Webbank 4Health Wonders_5.20.20 | 3/25/2022 | 3/25/2022 |
| 980 | Webbank 4Health Wonders_7.19.19 | 3/25/2022 | 3/25/2022 |
| 981 | Webbank 4Health Wonders_9.13.19 | 3/25/2022 | 3/25/2022 |
| 982 | Webbank 4Health Wonders_Misc | 3/25/2022 | 3/25/2022 |
| 983 | Webbank 4Stars Collection_2.14.19 | 3/25/2022 | 3/25/2022 |
| 984 | Webbank 4Stars Collection_3.20.20 | 3/25/2022 | 3/25/2022 |
| 985 | Webbank 4Stars Collection_4.9.20 | 3/25/2022 | 3/25/2022 |
| 986 | Webbank 4Stars Collection_9.6.19 | 3/25/2022 | 3/25/2022 |
| 987 | Webbank 4Stars Collection_Misc | 3/25/2022 | 3/25/2022 |
| 988 | Webbank Bestways2 Health_10.23.19 | 3/25/2022 | 3/25/2022 |
| 989 | Webbank Bestways2 Health_12.27.19 | 3/25/2022 | 3/25/2022 |
| 990 | Webbank Bestways2 Health_3.29.19 | 3/25/2022 | 3/25/2022 |
| 991 | Webbank Bestways2 Health_5.20.20 | 3/25/2022 | 3/25/2022 |
| 992 | Webbank Bestways2 Health_7.19.19 | 3/25/2022 | 3/25/2022 |
| 993 | Webbank Bestways2 Health_Misc | 3/25/2022 | 3/25/2022 |
| 994 | Webbank Joyous Health4U_12.27.19 | 3/25/2022 | 3/25/2022 |
| 995 | Webbank Joyous Health4U_7.19.19 | 3/25/2022 | 3/25/2022 |
| 996 | Webbank Joyous Health4U_Misc | 3/25/2022 | 3/25/2022 |
| 997 | Webbank Topstars Health | 3/25/2022 | 3/25/2022 |
| 998 | Webbank Ultra+ Health_12.27.19 | 3/25/2022 | 3/25/2022 |
| 999 | Webbank Ultra+ Health_3.20.20 | 3/25/2022 | 3/25/2022 |
| 1000 | Webbank Ultra+ Health_3.8.19 | 3/25/2022 | 3/25/2022 |
| 1001 | Webbank Ultra+ Health_5.20.20 | 3/25/2022 | 3/25/2022 |

| Exhibit # | Exhibit Description | Identified | Admitted at Trial |
|---|---|---|---|
| 1002 | Webbank Ultra+ Health_7.19.19 | 3/25/2022 | 3/25/2022 |
| 1003 | Webbank Ultra+ Health_8.14.19 | 3/25/2022 | 3/25/2022 |
| 1004 | Webbank Ultra+ Health_Misc | 3/25/2022 | 3/25/2022 |
| 1005 | WFB IP Records - Benlevi OnlineCustTrack | 3/25/2022 | 3/25/2022 |
| 1005A | WFB IP Records - Benlevi OnlineCustTrack | | |
| 1006 | WFB x0789 | 3/25/2022 | 3/25/2022 |
| 1007 | WFB x0886 | 3/25/2022 | 3/25/2022 |
| 1008 | WFB x2743 | 3/25/2022 | 3/25/2022 |
| 1008A | WFB x2743 | | |
| 1008B | WFB x2743 | | |
| 1009 | WFB x2750 | 3/25/2022 | 3/25/2022 |
| 1010 | WFB x2768 | 3/25/2022 | 3/25/2022 |
| 1011 | WFB x2776 | 3/25/2022 | 3/25/2022 |
| 1012 | WFB x2784 | 3/25/2022 | 3/25/2022 |
| 1013 | WFB x4462 | 3/28/2022 | 3/28/2022 |
| 1014 | WFB x5494 | 3/28/2022 | 3/28/2022 |
| 1015 | WFB x5976 | 3/28/2022 | 3/28/2022 |
| 1016 | WFB x6377 | 3/28/2022 | 3/28/2022 |
| 1017 | WFB x7023 | 3/28/2022 | 3/28/2022 |
| 1017A | WFB x7023 | | |
| 1017B | WFB x7023 | 3/25/2022 | 3/25/2022 |
| 1018 | WFB x7221 | 3/28/2022 | 3/28/2022 |
| 1019 | WFB x7353 | 3/28/2022 | 3/28/2022 |
| 1020 | Zions Bank x9760 (WIRE 2019072200003460) | 3/28/2022 | 3/28/2022 |
| 1021 | Zions Bank x9760 (WIRE 2020010200008597) | 3/28/2022 | 3/28/2022 |